UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

PETER SPYTEK,

    Plaintiff,

v.

MICHAEL J. ASTRUE, Commissioner of Social Security Administration,

    Defendant.

Case No. C08-0421-JCC

ORDER DENYING DEFENDANT'S MOTION TO DISMISS

The Court, having reviewed defendant's motion, all papers and exhibits filed in support and opposition thereto, the Report and Recommendation of the Honorable James P. Donohue, United States Magistrate Judge, and the balance of the record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation;

(2) Defendant's Motion to Dismiss (Dkt. No. 4) is DENIED, and the Appeals Council is afforded sixty days to rule on plaintiff's exceptions.

(3) The Clerk is directed to send copies of this Order to the parties and to Judge Donohue.

DATED this 7th day of August, 2008.

*/s/ John C. Coughenour*
JOHN C. COUGHENOUR
United States District Judge

ORDER DENYING DEFENDANT'S
MOTION TO DISMISS
PAGE – 1